# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MAX DESHUND ARMSTRONG**                                                  **PLAINTIFF**

**V.**                                   **CAUSE NO. 3:15-CV-00493-CWR-FKB**

**ZANTARIOUS WILLIAMS,** *et al.*                                       **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was entered on May 26, 2017. Docket No. 41. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the defendants' motion for summary judgment is granted.

**SO ORDERED**, this the 26th day of June, 2017.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE